

## NUMBER 13-07-00056-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**AMERICAN INTERNATIONAL GROUP, INC.,**                  **Appellant,**

**v.**

**JOHN HENRY PACE,**                                         **Appellee.**

### On appeal from 94th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

On January 17, 2008, the Court granted a motion for stay and abated this appeal due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. This case is before the Court on a joint motion to lift the stay, reverse the trial court's judgment, and remand for further proceedings. Accordingly, the

stay imposed by this Court's order of January 17, 2008, is lifted and this appeal is REINSTATED.

The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse the trial court's judgment and remand for further proceedings. The joint motion does not address the supersedeas bond filed in this case. We GRANT the motion and set aside the trial court's judgment without regard to the merits and REMAND this case to the trial court for further proceedings including the matter of the supersedeas bond. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The parties request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
18th day of August, 2011.

2